**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROSEMARY NAPPI,

                 Plaintiff,                           23 **CIVIL** 4703 (PGG) (BCM)

         -v-                                         **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated August 21, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
             August 22, 2023

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                        **BY:**

                                                                **Deputy Clerk**